UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

FRANCESCA CHARLES,
JACQUES JERRY PIERRE,
JEFF PIERRE

CASE NO. 3:25-cr-209-BJD-PDB
18 U.S.C. § 922(e)
18 U.S.C. §§ 371 and 554

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Conspiracy to Smuggle Goods and
Unlawfully Ship Firearms)

Beginning on an unknown date but no later than in or about January 2025, and continuing through in or about February 2025, in the Middle District of Florida, and elsewhere, the defendants,

FRANCESCA CHARLES,
JACQUES JERRY CHARLES, and
JEFF PIERRE,

did conspire with each other and other persons, both known and unknown to the Grand Jury, to commit offenses against the United States, specifically:

(i) to fraudulently and knowingly export and send, and attempt to export and send, from the United States to the Dominican Republic and Haiti, a place outside the United States, any merchandise, article and object, that is firearms, magazines, and ammunition, contrary to any law or regulation of

the United States, that is, 18 U.S.C. § 922(e), and to conceal and facilitate the concealment of such merchandise, article or object, prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the United States, that is 18 U.S.C. § 922(e), in violation of 18 U.S.C. § 554(a); and

(ii) to knowingly deliver and cause to be delivered to a common and contract carrier for transportation and shipment in interstate and foreign commerce to a person, other than a licensed firearm importer, manufacturer, dealer or collector, a package and container containing firearms without written notice to the carrier that such firearms were being transported and shipped, in violation of 18 U.S.C. § 922(e).

It was part of the conspiracy that the defendants would obtain firearms from federally licensed firearms dealers and then caused those firearms to be shipped surreptitiously to the Dominican Republic and Haiti.

In furtherance of the conspiracy and to carry out its objectives, the following overt acts were committed by defendants and others:

1. The defendants separately purchased firearms from at least five different federally licensed firearms dealers.
2. Another person arranged for firearms to be shipped from Miami to Haiti.
3. The firearms were loaded onto a shipping container.
4. The shipping documents indicated that container was filled with household goods without mentioning the firearms.

All in violation of 18 U.S.C. § 371.

## COUNT TWO
### (Smuggling Goods from the United States)

Beginning on an unknown date but no later than in or about January 2025, and continuing through in or about February 2025, in the Middle District of Florida, and elsewhere, the defendants,

> FRANCESCA CHARLES,
> JACQUES JERRY CHARLES, and
> JEFF PIERRE,

aiding and abetting each other and others, fraudulently and knowingly did export and send, and attempt to export and send, from the United States to the Dominican Republic and Haiti, a place outside the United States, any merchandise, article and object, that is firearms, magazines, and ammunition, contrary to any law or regulation of the United States, that is, 18 U.S.C. § 922(e), and did conceal and facilitate the concealment of such merchandise, article or object, prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the United States, that is 18 U.S.C. § 922(e).

In violation of 18 U.S.C. §§ 554(a) and 2.

## COUNT THREE
### (Unlawful Shipping of Firearms)

Beginning on an unknown date but no later than in or about January 2025, and continuing through in or about February 2025, in the Middle District of Florida, and elsewhere, the defendants,

> FRANCESCA CHARLES,
> JACQUES JERRY CHARLES, and
> JEFF PIERRE,

aiding and abetting each other and others, knowingly delivered and caused to be delivered to a common and contract carrier for transportation and shipment in interstate and foreign commerce to a person, other than a licensed firearm importer, manufacturer, dealer or collector, a package and container containing firearms without written notice to the carrier that such firearms were being transported and shipped.

In violation of 18 U.S.C. §§ 922(e), 924(a)(1)(D), and 2.

## FORFEITURE

1. The allegations contained in Counts One through Three of the Indictment are incorporated by referenced for the purpose of alleging forfeiture pursuant to 18 U.S.C. §§ 924(d), 981(a)(1)(C), and 28 U.S.C. § 2461(c).

2. Upon conviction of a conspiracy of the violation of 18 U.S.C. §§ 922 and 554, in violation of 18 U.S.C. § 371, and a violation of 18 U.S.C. §§ 922 and 554, the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the commission

of these offenses.

3. Upon conviction of violation of 18 U.S.C. § 554, the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

4. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

GREGORY W. KEHOE
United States Attorney

By: *[signature]*
ELISIBETH ADAMS
Assistant United States Attorney

By: *[signature]*
MICHAEL COOLICAN
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
10/2/25 Revised

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

## THE UNITED STATES OF AMERICA

vs.

## FRANCESCA CHARLES, JACQUES JERRY PIERRE, JEFF PIERRE

### INDICTMENT

Violations: 18 U.S.C. §§ 554, 922(e), and 371; 18 U.S.C. §§ 554 and 2; and 18 U.S.C. §§ 922(e) and 2

A true bill,

███████████████

Filed in open court this 2nd day of October 2025.

_____
Clerk

Bail $ _____

GPO 863 525